**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor  Kelly A. Cory    Case No  18-15677    Chapter  13
Moving Creditor  Wells Fargo Bank, N.A.    Date Case Filed  May 31, 2018

Nature of Relief Sought:  ☒ Lift Stay    ☐ Annul Stay    ☒ Other (describe) Co-Debtor Stay

Chapter 13    Date of Confirmation Hearing        Date Plan Confirmed    November 21, 2018

1. Collateral
   a.  ☒ Home
   b.  ☐ Car   Year, Make, and Model _
   c.  ☐ Other (describe)_____

2. Balance Owed as of December 18, 2018 $148,990.84
   Total of all other Liens against Collateral $31,731.42 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $201,000.00 (per Debtor's Schedules)

5. Default
   a.  ☐ Pre-Petition Default
          Number of months ___   Amount $_____

   b.  ☒ Post-Petition Default
       i.  ☒ On direct payments to the moving creditor
           Number of months 3    Amount $3,937.61
       ii. ☐ On payments to the Standing Chapter 13 Trustee
           Number of months ___   Amount $_____

6. Other Allegations
   a.  ☒ Lack of Adequate Protection § 362(d)(1)
       i.   ☐ No insurance
       ii.  ☐ Taxes unpaid  Amount $_____
       iii. ☐ Rapidly depreciating asset
       iv.  ☒ Other (describe) Material payment default

   b.  ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.  ☐ Other "Cause" § 362(d)(1)
       i.   ☐ Bad Faith (describe) __
       ii.  ☐ Multiple Filings
       iii. ☐ Other (describe) _____

   d.  Debtor's Statement of Intention regarding the Collateral
   i.  ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: January 14, 2019     Submitted By:    /s/Toni Townsend
                                            ARDC# 6289370
                                            McCalla Raymer Leibert Pierce, LLC